# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Nyabuay Biel Gach, | Civ. No. 24-583 (JWB/JFD) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| Marcos Charles, *ICE Field Office Director*; Alejandro Mayorkas, *Sec'y of U.S. Dept. of Homeland Security*; and Merrick Garland, *U.S. Atty. Gen.*, | |
| Respondents. | |

United States Magistrate Judge John F. Docherty issued a Report and Recommendation ("R&R") on October 23, 2024. (Doc. No. 11.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Upon review of the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that the October 23, 2024 Report and Recommendation (Doc. No. 4) is **ACCEPTED**, and Petitioner Nyabuay Biel Gach's Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: November 13, 2024

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge